# Davis Miles
# McGuire Gardner

80 E. Rio Salado Pkwy., Suite 401
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909

James M. McGuire – SBN 021223
*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>NEW HOPE BEHAVIORAL HEALTH CENTER, INC.,<br><br>DAVID RICHARD CAMPBELL and SYLVIA CAMPBELL,<br><br>Debtors. | In Chapter 11 Proceedings<br><br>Case No.: 2:13-bk-14261-BKM<br>Case No.: 2:13-bk-13381-BKM<br><br>**Jointly Administered Under Case No. 2:13-bk-13381-BKM**<br><br>**SUPPLEMENTAL RULE 2016 STATEMENT OF COMPENSATION** |
|---|---|

Pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b), Davis Miles McGuire Gardner, PLLC (the "Firm"), counsel for New Hope Behavioral Health Center, Inc. (the "Debtor"), submits this supplemental Rule 2016 statement and represents as follows.

1. On August 19, 2013, the Debtor commenced a proceeding under Chapter 11 of the Bankruptcy Code.

2. On August 19, 2013, the Debtor submitted an application to employ the Firm as counsel for the Debtor in this Chapter 11 case. Attached to the application was a copy of the

1

fee agreement between the Firm and the Debtor. On August 22, 2013, the Court entered an order approving the employment of the Firm.

3. On August 20, 2013, counsel for the Debtor also filed a Rule 2016 disclosure of compensation, which incorrectly disclosed a total of $32,277.35 paid to the Firm for pre-petition services and out-of-pocket costs. The actual amount paid to the Firm for pre-petition fees and costs was $21,781.85. All other amounts were held in trust by the Firm. At the time of the filing of the petition, $14,822.65 remained in trust and has been subsequently paid to the Firm after approval via fee application.

4. The Firm has received an additional payment from the Debtor on January 27, 2015, in the amount of $3,963.93, which amount was placed in trust pending the filing and approval of a fee application.

5. The Firm has received an additional payment from the Debtor on February 23, 2015, in the amount of $3,208.00, which amount was placed in trust pending the filing and approval of a fee application.

6. The Firm has received an additional payment from the Debtor on March 5, 2015, in the amount of $3,201.50, which amount was placed in trust pending the filing and approval of a fee application.

////

////

////

DATED this 16th day of March 2015.

DAVIS MILES MCGUIRE GARDNER, PLLC

/s/ Pernell W. McGuire
Pernell W. McGuire
James McGuire
*Attorney for Debtors*

| | |
|---|---|
| 1 | A copy of the foregoing mailed |
| 2 | this 17 day of March 2015, to: |
| 3 | Patty Chan |
|   | Office of the U.S. Trustee |
| 4 | 230 N. First Ave., Ste. 204 |
|   | Phoenix, AZ  85003 |
| 5 | |
| 6 | Paul M. Weiser |
|   | Buchalter Nemer |
| 7 | 16435 N. Scottsdale Rd., Suite 440 |
|   | Scottsdale, AZ  85254 |
| 8 | |
| 9 | By: /s/ Joan Stoner |
|   |     Joan Stoner |